TO: Clerk of the Court's.

Date. 1.29.06

Docket # 3:00 CR 40 CFD

I Mr. James Moore # 13801-014. Is Requesting for my P.S.I, Judgement of Conviction aswell as the Plea and Sentence transcripts so I can prepare adequately for my present situation at hand. pro-se.

Sincerely x James Moore

Pro-se James Moore 13801-014

D.O.B. 2.19.75