

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,
              Plaintiff

vs.                           Criminal Action Number: 3:00CR40 (CFD)

JAMES MOORE,
              Defendant.

### ORDER

The Clerk shall docket the attached letter and include it in the Court's file. The Defendant's request for a reduction in sentence is denied, as it is not permitted under Federal Rule of Criminal Procedure 35, although Mr. Moore is commended for his efforts. The Clerk is directed to mail a copy of the Docket Sheet and Judgment to Mr. Moore. The request for a transcript is denied in the absence of a motion under 28 U.S.C. § 2255.

IT IS SO **ORDERED**.

Dated at Hartford, Connecticut this **7th** day of February, 2006

                                          **CHRISTOPHER F. DRONEY**
                                          **UNITED STATES DISTRICT JUDGE**